# Court of Appeals
# of the State of Georgia

ATLANTA, August 22, 2025

*The Court of Appeals hereby passes the following order:*

**A25A2069. WILLIAM CLAY MCELHANNON v. KAYLA LUCAS MCELHANNON et al.**

On March 7, 2025, the trial court entered a writ of possession against William Clay McElhannon. McElhannon filed a notice of appeal on March 20. The appellees subsequently filed a motion to dismiss the appeal.

Appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56 (b) (1); *Stubbs v. Local Homes, LLC*, 375 Ga. App. 513, 516 (915 SE2d 91) (2025). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Yanes v. Escobar*, 362 Ga. App. 896, 898 (870 SE2d 506) (2022). Because McElhannon filed this appeal 13 days after entry of the superior court's order, his appeal is untimely.

Accordingly, the appellees' motion to dismiss is GRANTED and this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 08/22/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*